UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Bridgeport Division

|  |  |  |
|---|---|---|
| In re | : | Chapter 7 |
|  | : |  |
| INNA SAKIN-POLLAK, | : | CASE NO. 15-1164 |
|  | : |  |
| Debtor. | : | SEPTEMBER 9, 2015 |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears as counsel for Feliks Frenkel, a creditor in the above-referenced bankruptcy case.  Pursuant to Sections 102(1), 342 and 1109(b) of the United States Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010, counsel for Mr. Frenkel requests that all notices given or required to be given in this case or in any proceeding herein, and all papers served or required to be served in this case or in any proceeding herein, to be given to and served on the following:

> Meredith C. Burns, Esq.
> Murtha Cullina LLP
> CityPlace I - 185 Asylum Street
> Hartford, Connecticut  06103-3469
> Telephone:  860-240-6105
> Facsimile:   860-240-6150
> mcburns@murthalaw.com

PLEASE TAKE FURTHER NOTICE THAT, pursuant to § 1109(b) of the United States Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, copies of any proposed disclosure statement or plan of reorganization, as required by Bankruptcy Rule 3017(a), as well orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and

whether transmitted or conveyed by mail, overnight mail or courier, hand delivery, telephone, telecopier, telegraph copier, telex or otherwise, which affects Mr. Frenkel, the Debtor or property of the Debtor's estate.

/s/ Meredith C. Burns
Meredith C. Burns – ct27544
mcburns@murthalaw.com

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut  06103
Telephone:  (860) 240-6000
Facsimile:  (860) 240-6150

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2015, a copy of the foregoing Notice of Appearance and Request for Service of Papers was filed electronically to all parties of record. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Meredith C. Burns
Meredith C. Burns – ct27544