UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Bridgeport Division

| | |
|---|---|
| In re<br><br>INNA SAKIN-POLLAK,<br><br>　　　　Debtor. | CHAPTER 11<br><br>CASE NO. 15-51164 (AHWS)<br><br>(RE: DOC. I.D. NOS. 53 and 55) |
| FELIKS FRENKEL, TRUSTEE,<br><br>　　　　Movant,<br><br>v.<br><br>INNA SAKIN-POLLAK,<br><br>　　　　Respondent. | |

**ORDER REGARDING MOTION FOR AN ORDER SHORTENING TIME,
SETTING HEARING AND PRESCRIBING NOTICE REGARDING**

The Motion for an Order Shortening Time, Setting Hearing and Prescribing Notice Regarding the (i) the Objection to Debtor's Certification of Intent to Cure Default (Doc. I.D. No. 53) (the "Objection") and (ii) Motion to Dismiss Case (Doc. No. 55) (the "Motion to Dismiss") having been presented to the Court and good cause having been shown, the Court hereby GRANTS the Motion for Order and

IT IS HEREBY ORDERED, that a hearing shall be held on September 22, 2015 at 10:00 a.m. with respect to the Objection and Motion to Dismiss (Doc. I.D. Nos. 53 and 55) and that counsel for Mr. Frenkel, no later than September 18, 2015, serve a copy of this Order and a copy of the Objection and Motion to Dismiss by e-mail to the Debtor and the United States Trustee and by EFC on all parties who have filed a notice of appearance or requested service of pleadings in this case.